UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRON DUMEL,<br><br>                    Plaintiff,<br><br>     -v-<br><br>WESTCHESTER COUNTY, *et al.*,<br><br>                    Defendants. | No. 19-CV-2161 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    The Clerk of Court is respectfully directed to seal Dkt. No. 121 so that only the Parties and their counsel have access to the document.

SO ORDERED.

Dated:   June 14, 2023
           White Plains, New York

                                                                        KENNETH M. KARAS
                                                                        United States District Judge